IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| vs. | ) |
| | ) CR 11-271 |
| RICHARD SNYDER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

AND NOW, this 26th day of February, 2015, upon consideration of Defendant Richard Snyder's pro se "Motion for Review of Sentence, Pursuant to 18 U.S.C. § 3742(a)(1)" (Document No. 47) ("Motion for Review of Sentence"), filed in the above-captioned matter on February 10, 2015,

IT IS HEREBY ORDERED that said Motion is DENIED.

In his Motion for Review of Sentence, Defendant asks the Court, pursuant to 18 U.S.C. § 3742(a)(1), "to certify [a] Constitutional question for presentation to the United States Supreme Court." (Document No. 47 at 3). That statute, however, simply provides, "A defendant may file a notice of appeal in the district court for review of an otherwise final sentence if the sentence . . . was imposed in violation of law." Thus, while Section 3742 may confer jurisdiction upon a Court of Appeals in certain instances, see United States v. McElroy, No. 14-1153, 2015 WL 468995, at *1 n.1 (Feb. 5, 2015), it does not permit this Court to "certify" a question to the United States Supreme Court, as Defendant requests. Accordingly, Defendant's Motion for Review of Sentence (Document No. 47) must be denied.

1

s/ Alan N. Bloch
United States District Judge

ecf: Counsel of record

cc: Richard Snyder, Fed. Reg. No. 33243-068
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463